**Order entered November 19, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00907-CR

**ADRIAN GERARDO FLORES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-62554-M**

## ORDER
Before Justices Francis, Evans, and Stoddart

Based on the Court's opinion of this date, we **DIRECT** the Clerk of this Court to issue

our mandate **INSTANTER**.


/s/     MOLLY FRANCIS
        JUSTICE